# Third District Court of Appeal

## State of Florida

Opinion filed May 4, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-111
Lower Tribunal No. F18-6423
_____

**Joshua Cross,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Zachary James, Judge.

Joshua Cross, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LINDSEY, HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed.